UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
================================================

TIMOTHY J. SWIERNIK,

                Plaintiff

vs.

PARKER HANNIFIN CORPORATION,
F. W. WEBB COMPANY and BULK
TRUCK & TRANSPORT SERVICE, INC.,

                Defendants
================================================

STIPULATION OF
DISCONTINUANCE

Civil Action No.
6:11-cv-0238
(NAM/ATB)



**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is, discontinued with prejudice against F. W. WEBB COMPANY, including any and all crossclaims, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED: September ___, 2012

_____
John B. Casey, Esq.
Dreyer Boyajian LLP
Bar Roll No. 508187
Attorney for Plaintiff
75 Columbia Street
Albany, New York 14210
518-463-7784
Email: jcasey@dreyerboyajian.com

**IT IS SO ORDERED.**

_____
Norman A. Mordue
District Judge

Dated: November 9, 2012

_____
Kathleen C. Sassani, Esq.
Sassani & Schenck, P.C.
Bar Roll No. 601189
Attorney for Defendant,
 F.W. Webb Company
Allegiance House
7767 Oswego Road
Liverpool, NY 13090
315-546-0068
Email: k.sassani@sassani-chenck.com

_____

William McCandless, Esq.
Smith, Haughey Law Firm
Attorney for Parker Hannifin Corporation
213 S. Ashley, Suite 400
Ann Arbor, MI 48104
239-262-7740
Email: wmccandless@shrr.com

_____ 10/25/12

Thomas M. Witz, Esq.
Wilson, Elser Law Firm
Attorney for Bulk Truck & Transport
  Services, Inc.
677 Broadway
9th Floor
Albany, NY 12207
518-449-8893
Email: Thomas.witz@wilsonelser.com

SASSANI & SCHENCK, P.C.   Attorneys at Law   Allegiance House   7767 Oswego Road   Liverpool, New York 13090