UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
============================================

TIMOTHY J. SWIERNIK,

                    Plaintiff

      vs.

PARKER HANNIFIN CORPORATION,
F. W. WEBB COMPANY and BULK
TRUCK & TRANSPORT SERVICE, INC.,

                 Defendants
============================================



STIPULATION OF
DISCONTINUANCE

Civil Action No.
6:11-cv-0238
(NAM/ATB)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys of record for all the parties to the above entitled action, that whereas no party hereto is

an infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, that the above entitled action be, and the

same hereby is, discontinued with prejudice against F. W. WEBB COMPANY, including any

and all crossclaims, without costs to either party as against the other. This Stipulation may be

filed without further notice with the Clerk of the Court.

DATED: September 7, 2012

John B. Casey, Esq.
Dreyer Boyajian LLP
Bar Roll No. 508187
Attorney for Plaintiff
75 Columbia Street
Albany, New York 14210
518-463-7784
Email: jcasey@dreyerboyajian.com

Kathleen C. Sassani, Esq.
Sassani & Schenck, P.C.
Bar Roll No. 601189
Attorney for Defendant,
  F.W. Webb Company
Allegiance House
7767 Oswego Road
Liverpool, NY 13090
315-546-0068
Email: k.sassani@sassani-chenck.com

**IT IS SO ORDERED.**

Norman A. Mordue
District Judge

Dated: November 9, 2012

SASSANI & SCHENCK, PC.   Attorneys at Law   Allegiance House   7767 Oswego Road   Liverpool, New York 13090

U.S. DISTRICT COURT - N.D. OF N.Y
FILED
NOV - 9 2012
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse

William McCandless, Esq.
Smith, Haughey Law Firm
Attorney for Parker Hannifin Corporation
213 S. Ashley, Suite 400
Ann Arbor, MI  48104
239-262-7740
Email: wmccandless@shrr.com

10/25/12

Thomas M. Witz, Esq.
Wilson, Elser Law Firm
Attorney for Bulk Truck & Transport
   Services, Inc.
677 Broadway
9th Floor
Albany, NY 12207
518-449-8893
Email: Thomas.witz@wilsonelser.com

SASSANI & SCHENCK, P.C.    Attorneys at Law    Allegiance House    7767 Oswego Road    Liverpool, New York 13090