

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
TIMOTHY J. SWIERNIK,

          Plaintiff,

-against-

PARKER HANNIFIN CORPORATION,
F.W. WEBB COMPANY and
BULK TRUCK & TRANSPORT SERVICE, INC.

          Defendants.

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

Civil Action No. 6:11-CV-0238 (NAM/ATB)

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above action be, and the same hereby is dismissed as against Bulk Truck & Transport Service, Inc. only, with prejudice upon the merits, and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Albany, New York
      ~~October~~, ~~2011~~
      September 5, 2012

**DREYER BOYAJIAN LLP**

By: _/s/ John B. Casey_
    JOHN B. CASEY, ESQ.
Attorneys for Plaintiff
75 Columbia Street
Albany, New York 12210

Dated: Albany, New York
      October 6, 2011

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: _/s/_
    THOMAS M. WITZ, ESQ.
Attorneys for Defendant
*Bulk Truck & Transport Service, Inc.*
677 Broadway, 9th Floor
Albany, New York 12207

3464041

Dated: Syracuse, New York
October ____, 2011

**HANCOCK, ESTABROOK LLP**

By: _____
ZACHARY M. MATTISON, ESQ.
Attorneys for Defendant
*Parker Hannifin Corporation*
P.O. Box 4976
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13221

Dated: Albany, New York
~~October ____, 2011~~
Nov. 21, 2012

**SMITH HAUGHEY RICE & ROEGGE**

By: _____
WILLIAM MCCANDLESS, ESQ.
Attorneys for Defendant
*Parker Hannifin Corporation*
213 S. Ashley, Suite 400
Ann Arbor, Michigan 48104

Dated: Liverpool, New York
October ____, 2011

**SASSANI & SCHENK, P.C.**

By: _____
KATHLEEN C. SASSANI, ESQ.
Attorneys for Defendant
*F.W. Webb Company*
Allegiance House
7767 Oswego Road
Liverpool, New York 13090

IT IS SO ORDERED.

/s/ Norman A. Mordue
Norman A. Mordue
District Judge

Dated: November 28, 2012

346404.1

2