

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TIMOTHY J. SWIERNIK,

        Plaintiff,

-against-

PARKER HANNIFIN CORPORATION,
F.W. WEBB COMPANY and
BULK TRUCK & TRANSPORT SERVICE, INC.

        Defendants.

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

Civil Action No. 6:11-CV-0238 (NAM/ATB)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above action be, and the same hereby is dismissed as against Bulk Truck & Transport Service, Inc. only, with prejudice upon the merits, and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Albany, New York
~~October ____, 2011~~
September 5, 2012

**DREYER BOYAJIAN LLP**

By: _/s/ John B. Casey_
JOHN B. CASEY, ESQ.
Attorneys for Plaintiff
75 Columbia Street
Albany, New York 12210

Dated: Albany, New York
October 6, 2011

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: _/s/_
THOMAS M. WITZ, ESQ.
Attorneys for Defendant
*Bulk Truck & Transport Service, Inc.*
677 Broadway, 9th Floor
Albany, New York 12207

3464404.1

Dated: Syracuse, New York
   October ____, 2011

**HANCOCK, ESTABROOK LLP**

By: _____
  ZACHARY M. MATTISON, ESQ.
  Attorneys for Defendant
  *Parker Hannifin Corporation*
  P.O. Box 4976
  1500 AXA Tower I
  100 Madison Street
  Syracuse, New York 13221

Dated: Albany, New York
   ~~October ____, 2011~~
   Nov. 21, 2012

**SMITH HAUGHEY RICE & ROEGGE**

By: _____
  WILLIAM MCCANDLESS, ESQ.
  Attorneys for Defendant
  *Parker Hannifin Corporation*
  213 S. Ashley, Suite 400
  Ann Arbor, Michigan 48104

Dated: Liverpool, New York
   October ____, 2011

**SASSANI & SCHENK, P.C.**

By: _____
  KATHLEEN C. SASSANI, ESQ.
  Attorneys for Defendant
  *F.W. Webb Company*
  Allegiance House
  7767 Oswego Road
  Liverpool, New York 13090

**IT IS SO ORDERED.**

*/s/ Norman A. Mordue*
Norman A. Mordue
District Judge

Dated: November 28, 2012